**Dom WADHWA, Petitioner**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2009–3169.

United States Court of Appeals, Federal Circuit.

June 4, 2009.

**ORDER**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2009–3167.

United States Court of Appeals, Federal Circuit.

June 9, 2009.

Dom Wadhwa, Moorestown, NJ, pro se.

**ORDER**

**Dom WADHWA, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2009–3169.

United States Court of Appeals, Federal Circuit.

June 9, 2009.

Lauren A. Weeman, Department of Justice, Washington, DC, for Respondent.

Dom Wadhwa, Moorestown, NJ, pro se.

## ORDER

Petitioner having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's June 4, 2009 dismissal order is vacated, the mandate recalled, and the petition for review is reinstated.

(2) Respondent's brief is due on or before June 30, 2009.

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).